L. G. HARDES V. THE STATE.

No. 1907. Decided October 23, 1912.

Rape—Statement of Facts—Practice on Appeal.

Where, upon an appeal from a conviction of rape, the purported state-
ment of facts was not agreed to by the attorneys nor approved by the court,
the same could not be considered; and where the charge of the court was
authorized under the indictment, there was no error.

Appeal from the District Court of Angelina. Tried below before
the Hon. James I. Perkins.

Appeal from a conviction of rape; penalty, five years imprison-
ment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—By proper indictment the appellant
was charged with rape on a girl under fifteen years of age, was
tried and convicted and given the lowest penalty.

There is no statement of facts with the record. The only thing
that purports to be, appears to have been made out by a stenographer,
but not signed or agreed to by any of the attorneys, nor approved
in any way by the court. It can not be considered by us.

The charge of the court clearly presents the matter in the manner
authorized and in accordance with the indictment. No question
attempted to be raised by appellant can be considered in the ab-
sence of a statement of facts.

The judgment is therefore affirmed.

*Affirmed.*